# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Luis T. Hernandez, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Timothy Schuetzle, Warden, | ) | |
| North Dakota State Penitentiary, | ) | Case No. 1:07-cv-056 |
| | ) | |
| Respondent. | ) | |

On December 19, 2007, Petitioner lodged what the court construes as request to file a surreply to Respondent's Motion to Dismiss. The Petitioner's request is **GRANTED**. The Clerk's office is directed to file Petitioner's surreply. Attachments/Exhibits to Petitioner's surreply shall be filed under seal. Respondent is **GRANTED** leave to file a response to Petitioner's surreply. The deadline for filing such a response is January 14, 2008.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge